| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT Calendar Year 2002 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Wake, Neil V | 2. Court or Organization U.S. District Court, Arizona | 3. Date of Report 10/24/2003 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Nominee | 5. ReportType (check appropriate type) ● Nomination.  Date  10/22/2003 ○ Initial  ○ Annual  ○ Final | 6. Reporting Period 1/1/2002 to 9/30/2003 |
| 7. Chambers or Office Address 3030 N. 3rd Street, Suite 1220 Phoenix, AZ 85012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES  The instructions accompanying this form must be followed.  Complete all parts, checking the NONE box for each part where you have no reportable information  Sign on last page

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE   - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Proprietor | Law Offices of Neil Vincent Wake |
| 2. | Trustee | Trust # 1 |
| 3. | Trustee | Trust # 2 |
| 4. | Trustee | Trust # 3 |
| 5. | | |
| 6. | Chair | Appellate Practice Section. State Bar Association of Arizona |
| 7. | Trustee | Law Offices of Neil Vincent Wake 401K Profit Sharing Plan |
| 8. | Trustee | Law Offices of Neil Vincent Wake Money Purchase Plan |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE   - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | 2001--03 | Shari M. Capra, P.C. (law practice) | |
| 4. | 10-24-03 | Law Offices of Neil Vincent Wake (law practice) | 352,857 |
| 5. | 2002 | Law Offices of Neil Vincent Wake (law practice) | 821,001 |
| 6. | 2001 | Law Offices of Neil Vincent Wake (law practice) | 678,318 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1.   Exempt | |

## V. GIFTS.   (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.   Exempt | | |

## VI. LIABILITIES.   (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 10/24/2003 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wells Fargo accounts | A | Interest | J | T | | | | | |
| 2. Law Offices of Neil V. Wake | | None | K | H | | | | | |
| Shari M. Capra, P.C. | | None | J | U | | | | | |
| Apache Peak Inv., LLC | | None | M | U | | | | | |
| Cowley-BGWM LLC | D | Distribution | K | U | | | | | |
| Interstate Ventures V Ltd. Ptshp | C | Distribution | L | W | | | | | |
| Winthrop Residential Associates II (LP) | A | Distribution | J | W | | | | | |
| 401(K) Plan | | | | | | | | | |
| --Manulife Lifestyle Growth Fund | D | Dividend | L | T | | | | | |
| Trust # 1 (trustee) | | | | | | | | | |
| --Merrill Lynch accts | A | Interest | J | T | | | | | |
| --Reimanschneider note | D | Interest | L | T | | | | | |
| --Bank of N Y Co. Inc. common stock (BK) | A | Dividend | J | T | | | | | |
| --Pfizer Inc Del PV (PFE) | A | Dividend | J | T | | | | | |
| Trust # 2 (trustee) | | | | | | | | | |
| --Merrill Lynch accts | A | Interest | K | T | | | | | |
| --Reimanschneider note | D | Interest | L | T | | | | | |

| Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 10/24/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-37 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Bank of NY Co. Inc. common stock (BK) | A | Dividend | J | T | | | | | |
| 19. --Pfizer Inc. Del PV (PFE) | A | Dividend | J | T | | | | | |
| 20. Trust # 3 (trustee) | | | | | | | | | |
| 21. --Gary & Eliz Loveness note | | None | L | T | | | | | |
| 22. --Manulife Ins. whole life ins | | None | L | T | | | | | |
| 23. Brokerage Acct # 1 | | | | | | | | | |
| 24. Liquid Asset Fund (MM) | A | Dividend | J | T | | | | | |
| 25. --Manulife Financial Corp. common stock | A | Dividend | K | T | | | | | |
| 26. --MS Growth Fund B | A | Dividend | J | T | | | | | |
| 27. --MS Global Dividend Grwth Sec B | A | Dividend | J | T | | | | | |
| 28. --MS New Discoveries Fund C | A | Dividend | J | T | | | | | |
| 29. --MS Capital Opportunities TR B | | None | J | T | | | | | |
| 30. --MS Japan Fund B | | None | J | T | | | | | |
| 31. Brokerage Acct # 2 | | | | | | | | | |
| 32. --Amgen Inc common stock | A | Dividend | J | J | | | | | |
| 33. --Analog Devices Inc common stock | A | Dividend | J | T | | | | | |
| 34. --Applied Materials Inc common stock | A | Dividend | J | T | | | | | |
| 35. --Avon Products Inc common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes. | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36. --Bank of America Corp common stock | A | Dividend | J | T | | | | | |
| 37. --Becton Dickinson & Co common stock | A | Dividend | J | T | | | | | |
| 38. --Bed Bath & Beyond Inc common stock | A | Dividend | J | T | | | | | |
| 39. --Bell South Corp common stock | A | Dividend | J | T | | | | | |
| 40. --Best Buy Co common stock | A | Dividend | J | T | | | | | |
| 41. --Charles Schwab New common stock | A | Distribution | J | T | | | | | |
| 42. Clear Channel Communication common stock | A | Dividend | J | T | | | | | |
| 43. --Costco Wholesale Corp New common stock | A | Dividend | J | T | | | | | |
| 44. --Dell Inc common stock | A | Dividend | J | T | | | | | |
| 45. --EMC Corp Mass common stock | A | Dividend | J | T | | | | | |
| 46. --Gannett Co Inc DE common stock | A | Dividend | J | T | | | | | |
| 47. --Gilead Science common stock | A | Dividend | J | T | | | | | |
| 48. --Ill Too Works Inc common stock | A | Dividend | J | T | | | | | |
| 49. --Intuit Inc common stock | A | Dividend | J | T | | | | | |
| 50. --Marsh & McLennan Cos Inc common stock | A | Dividend | J | I | | | | | |
| 51. --Maxim Integrated Products Inc common stock | A | Dividend | J | T | | | | | |
| 52. --Medtronic Inc common stock | A | Dividend | J | T | | | | | |
| 53. --Microsoft Corp common stock | | None | J | T | | | | | |

1. Income Gain Codes  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes.  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 4 of 14

Name of Person Reporting
Wake, Neil V

Date of Report
10/24/2003

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 54. --Northern Trust Corp common stock | A | Dividend | J | T | | | | | |
| 55. --Novellus System common stock | A | Dividend | J | T | | | | | |
| 56. --Omnicom Group common stock | A | Dividend | J | T | | | | | |
| 57. --Oracle Corp common stock | A | Dividend | J | T | | | | | |
| 58. --Robert Half Int common stock | A | Dividend | J | S | | | | | |
| 59. --Sabre Holdings CP common stock | A | Dividend | J | T | | | | | |
| 60. Southwest Airlines common stock | A | Dividend | J | T | | | | | |
| 61. --Starbucks Corp Washington common stock | A | Dividend | J | T | | | | | |
| 62. --Starwook Htls & Rsts WW Inc common stock | A | Dividend | J | T | | | | | |
| 63. --Sungard Data Systems Inc common stock | A | Dividend | J | T | | | | | |
| 64. --United Parcel Service Inc CL-B common stock | A | Dividend | J | T | | | | | |
| 65. --Unitedhealth Gp Inc common stock | A | Dividend | J | T | | | | | |
| 66. --Univision Omm Inc Class A common stock | A | Dividend | J | T | | | | | |
| 67. --Veritas Software DE | | None | J | T | | | | | |
| 68. --Walgreen Co common stock | A | Dividend | J | I | | | | | |
| 69. --Wells Fargo & Co New common stock | A | Dividend | J | T | | | | | |
| 70. --Xilinx Inc common stock | A | Dividend | J | T | | | | | |
| 71. --Electronic Arts Inc common stock | A | Dividend | | | | | | | |

1. Income/Gain Codes.    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes.    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 72. --Emerson Electric Co common stock | A | Dividend | | | | | | | |
| 73. --Pepsico Inc common stock | A | Dividend | | | | | | | |
| 74. --Johnson and Johnson common stock | A | Dividend | | | | | | | |
| 75. --Automatic Data Processing Inc common stock | A | Dividend | | | | | | | |
| 76. --Cisco Systems Inc common stock | A | Dividend | | | | | | | |
| 77. --Citigroup Inc common stock | A | Dividend | | | | | | | |
| 78. Intel Corp common stock | A | Dividend | | | | | | | |
| 79. --Merk & Co common stock | A | Dividend | | | | | | | |
| 80. --Pfizer Inc common stock | A | Dividend | | | | | | | |
| 81. --Target Corp common stock | A | Dividend | | | | | | | |
| 82. --Viacom Inc B common stock | A | Dividend | | | | | | | |
| 83. --Schering Plough Corp common stock | A | Dividend | | | | | | | |
| 84. --State Street Corp common stock | A | Dividend | | | | | | | |
| 85. --Walt Disney Co Hldg Co common stock | A | Dividend | | | | | | | |
| 86. IRA # 1 | | | | | | | | | |
| 87. --New Discoveries Fund A (Mut Fd) | A | Dividend | J | T | | | | | |
| 88. IRA # 2 | | | | | | | | | |
| 89. --Liquid Asset Fund (MM) | A | Dividend | J | T | | | | | |

1. Income Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes:     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 6 of 14

Name of Person Reporting
Wake, Neil V

Date of Report
10/24/2003

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 1 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 90. --Analog Devices Inc common stock | A | Dividend | J | T | | | | | |
| 91. --Applied Materials Inc common stock | A | Dividend | I | T | | | | | |
| 92. --Bank of America Corp common stock | A | Dividend | J | T | | | | | |
| 93. --Bed Bath & Beyond Inc common stock | A | Dividend | J | T | | | | | |
| 94. --Best Buy Co common stock | A | Dividend | J | I | | | | | |
| 95. --Boston Scientific Corp common stock | A | Dividend | J | T | | | | | |
| 96. Cisco Systems Inc common stock | A | Dividend | J | S | | | | | |
| 97. --Dell Inc common stock | A | Dividend | J | T | | | | | |
| 98. --Fedex Corp | A | Dividend | J | T | | | | | |
| 99. --Fleetboston Financial Cp common stock | A | Dividend | J | T | | | | | |
| 100. --Gilead Science | A | Dividend | J | T | | | | | |
| 101. --Hewlett Packard | A | Dividend | J | T | | | | | |
| 102. --Honeywell International Inc common stock | A | Dividend | J | T | | | | | |
| 103. --Interactive Corp common stock | A | Dividend | J | T | | | | | |
| 104. --KLA Tenor Corp common stock | A | Dividend | J | I | | | | | |
| 105. --Lowes Companies Inc common stock | A | Dividend | J | T | | | | | |
| 106. --Merrill Lynch & Co. Inc common stock | A | Dividend | J | T | | | | | |
| 107. --Microsoft Corp common stock | | None | J | T | | | | | |

1. Income Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
(See Columns C1 and D3)    P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 10/24/2003 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer-seller<br>(if private<br>transaction) |
| 108. --Morgan Stanley common stock | A | Dividend | J | T | | | | | |
| 109. --Nokia CP ADR common stock | A | Dividend | J | T | | | | | |
| 110. --Pfizer Inc common stock | A | Dividend | J | T | | | | | |
| 111. --Qualcomm Inc common stock | A | Dividend | J | T | | | | | |
| 112. --Teva Pharmaceuticals ADR common stock | A | Dividend | J | J | | | | | |
| 113. --Texas Instruments common stock | A | Dividend | J | T | | | | | |
| 114. Tyco International Ltd New common stock | A | Dividend | J | T | | | | | |
| 115. --Viacom Inc B common stock | A | Dividend | J | T | | | | | |
| 116. --Wellpoint Hlth Net Inc New common stock | A | Dividend | J | T | | | | | |
| 117. --3M Company common stock | A | Dividend | J | T | | | | | |
| 118. --Cardinal Health Inc common stock | A | Dividend | | | | | | | |
| 119. --Amgen Inc common stock | A | Dividend | | | | | | | |
| 120. --First Data Corp common stock | A | Dividend | | | | | | | |
| 121. --Proctor & Gamble common stock | A | Dividend | | | | | | | |
| 122. --Johson & Johnson common stock | A | Dividend | | | | | | | |
| 123. --Pepsico Inc common stock | A | Dividend | | | | | | | |
| 124. --Costco Wholesale Corp New common stock | A | Dividend | | | | | | | |
| 125. --Citigroup Inc common stock | A | Dividend | | | | | | | |

. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 126. --Coca Cola Co common stock | A | Dividend | | | | | | | |
| 127. --Electronic Data Systems Corp common stock | A | Dividend | | | | | | | |
| 128. --General Electric Co common stock | A | Dividend | | | | | | | |
| 129. --General Motors Corp common stock | A | Dividend | | | | | | | |
| 130. --General Dynamics Corp common stock | A | Dividend | | | | | | | |
| 131. --Gillette Co common stock | A | Dividend | | | | | | | |
| 132. Pfizer Inc | A | Dividend | | | | | | | |
| 133. --Veritas Software DE | A | Dividend | | | | | | | |
| 134. --American International GP common stock | A | Dividend | | | | | | | |
| 135. --AOL Time Warner common stock | A | Dividend | | | | | | | |
| 136. --Baxter Intl Inc common stock | A | Dividend | | | | | | | |
| 137. --Cardinal Health Inc common stock | A | Dividend | | | | | | | |
| 38. --Celestica Inc Sub VTG SHS common stock | A | Dividend | | | | | | | |
| 39. --Costco Wholesale Corp New common stock | A | Dividend | | | | | | | |
| 40. --Dell Computer Corp common stock | A | Dividend | | | | | | | |
| 41. --Oracle Corp common stock | A | Dividend | | | | | | | |
| 42. --Worldcom Inc common stock | A | Dividend | | | | | | | |
| 43. IRA # 3 | | | | | | | | | |

1. Income Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

# FINANCIAL DISCLOSURE REPORT
Page 9 of 14

Name of Person Reporting
Wake, Neil V

Date of Report
10/24/2003

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 144. --Liquid Asset Fund (MM) | A | Dividend | J | T | | | | | |
| 145. --MS Global Dividend Growth Sec B (Mut Fd) | A | Dividend | J | T | | | | | |
| 146. --MS Pacific Growth Fund B (Mut Fd) | A | Dividend | J | T | | | | | |
| 147. --Templeton Global SM Co Gr Fd A (Mut Fd) | A | Dividend | J | T | | | | | |
| 148. UTMA Acct # 1 | | | | | | | | | |
| 149. --Liquid Asset Fund (MM) | A | Dividend | | | | | | | |
| 150. --Putnam Voyager A (Mut Fd) | A | Dividend | | | | | | | |
| 151. UTMA Acct # 2 | | | | | | | | | |
| 152. --Liquid Asset Fund (MM) | A | Dividend | J | T | | | | | |
| 153. --Putnam Voyager A (Mut Fd) | A | Dividend | J | T | | | | | |
| 154. UTMA Acct # 3 | | | | | | | | | |
| 155. --Liquid Asset Fund (MM) | A | Dividend | J | T | | | | | |
| 156. --MS Information Fund B (Mut Fd) | A | Dividend | J | T | | | | | |
| 157. --MS European Growth Fund B (Mut Fd) | A | Dividend | J | T | | | | | |
| 158. --Putnam Voyager A (Mut Fd) | A | Dividend | J | T | | | | | |
| 159. Brokerage Acct # 3 | | | | | | | | | |
| 160. --SEI Tax-Free Fund (MM) | D | Dividend | N | T | | | | | |
| 161. --SEI Tax-Mgd Large Cap Fund (MM) | B | Dividend | M | T | | | | | |

1. Income Gain Codes.      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes.      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash Market
   (See Column C2)   U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 10/24/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 162. --Intel Corp common stock | A | Dividend | L | T | | | | | |
| 163. --Cisco Systems Inc common stock | | None | K | T | | | | | |
| 164. --Medtronic Inc common stock | A | Distribution | J | T | | | | | |
| 165. --Altera Corp common stock | | None | J | T | | | | | |
| 166. --Automatic Data Processing Inc common stock | A | Dividend | J | T | | | | | |
| 167. --XILINC inc common stock | | None | J | T | | | | | |
| 168. Rf Micro Devices Inc | | None | J | T | | | | | |
| 169. --Small Cap Value Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 170. --SEI Small Cap Growth Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 171. --General Electric Co common stock | A | Dividend | J | T | | | | | |
| 172. --Verizon Communications common stock | A | Dividend | J | T | | | | | |
| 173. --Sun Microsystems Inc common stock | A | Dividend | J | T | | | | | |
| 174. --Microsoft Corp common stock | | None | J | T | | | | | |
| 175. --SEI Intermediate-Term Municipal Fund (Mut Fd) | C | Dividend | M | T | | | | | |
| 176. --SEI International Fixed Income Fund (Mut Fd) | A | Dividend | K | T | | | | | |
| 177. --SEI High Yield Bond Fund (Mut Fd) | B | Dividend | K | T | | | | | |
| 178. --SEI Emerging Markets Debt Fund (Mut Fd) | B | Dividend | J | T | | | | | |
| 179. --SEI International Equity Fund (Mut Fd) | B | Dividend | K | T | | | | | |

Income Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 10/24/2003 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 180. Brokerage Acct # 4 | | | | | | | | | |
| 181. --SEI Tax-Mgd Large Cap Fund (Mt Fd) | A | Dividend | K | T | | | | | |
| 182. --SEI Small Cap Value Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 183. --SEI Small Cap Growth Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 184. --SEI Intermediate-Term Municipal Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 185. --SEI International Fixed Income Fund (Mut Fd) | A | Distribution | J | T | | | | | |
| 186. --SEI Emerging Markets Debt Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 187. --SEI High Yield Bond Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 188. --SEI International Equity Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 189. --SEI Emerging Markets Equity Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 190. Brokerage Acct # 5 | | | | | | | | | |
| 191. --SEI Large Cap Growth Fund (Mut Fd) | B | Dividend | M | T | | | | | |
| 192. --SEI Large Cap Value Fund (Mut Fd) | B | Dividend | M | T | | | | | |
| 193. --SEI Small Cap Value Fund (Mut Fd) | A | Dividend | K | T | | | | | |
| 194. --SEI Small Cap Growth Fund (Mut Fd) | | Dividend | K | T | | | | | |
| 195. --Medtronic Inc common stock | A | Dividend | K | T | | | | | |
| 196. --Microsoft Corp common stock | | None | J | T | | | | | |
| 197. --Verizon Communications common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 10/24/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 198. --SEI International Equity Fund (Mut Fd) | B | Dividend | M | T | | | | | |
| 199. --SEI Emerging Markets Equity Fund (Mut Fd) | B | Dividend | L | T | | | | | |
| 200. --SEI Core Fixed Incom Fund (Mut Fd) | C | Dividend | L | T | | | | | |
| 201. --SEI International Fixed Income Fund (Mut Fd) | B | Dividend | K | T | | | | | |
| 202. --SEI High Yield Bond Fund (Mut Fd) | B | Dividend | K | I | | | | | |
| 203. --SEI Emerging Markets Debt Fund (Mut Fd) | A | Dividend | K | T | | | | | |
| 204. SEI Prime Obligation Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 205. Trust # 4 (beneficiaries) | | | | | | | | | |
| 206. --SEI Tax-Mgd Large Cap Fund (Mut Fd) | B | Dividend | K | T | | | | | |
| 207. --General Electric Co common stock | A | Dividend | K | T | | | | | |
| 208. --Medtronic Inc common stock | A | Dividend | J | T | | | | | |
| 209. --SEI Small Cap Growth Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 210. --SEI Small Cap Value Fund (Mut Fd) | A | Distribution | J | T | | | | | |
| 211. --Microsoft Corp common stock | | None | J | T | | | | | |
| 212. --SEI Intermediate-Term Municipal Fund (Mut Fd) | A | Dividend | K | I | | | | | |
| 213. --SEI International Fixed Income Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 214. --SEI High Yield Bond Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 215. --SEI Emerging Markets Debt Fund (Mut Fd) | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$30,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000
3. Value Method Codes Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market
(See Column C2) U = Book Value; V = Other; W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 216. --SEI International Equity Fund (Mut Fd) | A | Dividend | K | T | | | | | |
| 217. --SEI Emerging Markets Equity Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 218. --Nortel Networks Corp New common stock | | None | J | T | | | | | |
| 219. --SEI Tax-Free Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 220. Maricopa County land | | None | K | W | | | | | |
| 221. Pinal County land | | None | J | W | | | | | |
| 222. Mohave County land | | None | J | W | | | | | |
| 223. Roth IRA # 4 | | | | | | | | | |
| 224. --Liquid Asset Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 225. Manulife Financial Life Ins | A | Dividend | K | T | | | | | |
| 226. Section 529 Account | | | | | | | | | |
| 227. --SM & R Alger Aggressive GF CL-B (Mut Fd) | | None | K | T | | | | | |
| 228. IRA # 5-- | | | | | | | | | |
| 229. --Engemann Cap Growth (Mut Fd) | | None | K | T | | | | | |
| 230. --Seneca Strg Theme (Mut Fd) | | None | J | T | | | | | |
| 231. --MFS InveGrowthStock (Mut Fd) | | None | J | T | | | | | |
| 232. --AlgerAmerLrgAllCap (Mut Fd) | | None | J | T | | | | | |
| 233. --Bernstein Mid-Cap (Mut Fd) | | None | J | T | | | | | |

| Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| Value Codes. (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 10/24/2003 |

## VII. INVESTMENTS and TRUSTS – income. value. transactions (includes those of the spouse and dependent children. See pp 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 234. --Seneca MidCap Growth (Mut Fd) | | None | K | T | | | | | |
| 235. --Tech Portfolio (Mut Fd) | | None | J | T | | | | | |
| 236. --WangerUS Smaller Cos (Mut Fd) | | None | J | T | | | | | |
| 237. --Aberdeen Int'l (Mut Fd) | | None | K | T | | | | | |
| 238. --Wanger Intl SmallCap (Mut Fd) | | None | J | T | | | | | |
| 239. --Phoenix Wealth Mngmt | B | Interest | K | T | | | | | |
| 240. Phoenix Universal Variable Life Ins | | | | | | | | | |
| 241. --Oakhurst Allocation (Mut Fd) | A | Dividend | J | T | | | | | |
| 242. --WangerUS Smaller Cos (Mut Fd) | A | Dividend | J | T | | | | | |
| 243. --Wanger Intl SmallCap (Mut Fd) | A | Dividend | K | T | | | | | |
| 244. --AllBernEnhancedIndex (Mut Fd) | A | Dividend | K | T | | | | | |
| 245. --Oakhurst Growth&Inc (Mut Fd) | A | Dividend | K | T | | | | | |
| 246. --MFS InvesGrowthStock | A | Dividend | J | T | | | | | |
| 247. --Tech Portfolio | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

I. Positions: I am the trustee and the sole beneficiary of the Law Offices of Neil Vincent Wake Money Purchase Plan, which holds retirement funds rolled over from the plans of previous law firms

I am the trustee of the Law Offices of Neil Vincent Wake 401K Pension Plan, of which I and three current or former employees are beneficiaries. Each beneficiary's interest in the Plan is fully vested, and each beneficiary self-directs their own investments. Section VII lists only the assets in this Plan of which I am the beneficiary and which I direct. Upon termination of my law practice, the Law Offices of Neil Vincent Wake 401K Pension Plan will be terminated and each beneficiary's account rolled over into an IRA or other account of the beneficiary's choice.

VII Investments and Trusts. Where records of possible dividend income on formerly held stocks and mutual funds are unclear, possible dividend income has been indicated and may be unintentionally overreported.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _October 24, 2003_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N E
Washington, D.C. 20544